**K&L GATES LLP**
*Christopher A. Barbarisi*
One Newark Center, Tenth Floor
Newark, New Jersey 07102
(973) 848-4000
*Attorneys for Plaintiff American*
*Water Operations and Maintenance, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN WATER OPERATIONS AND MAINTENANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEFENSE LOGISTICS AGENCY ENERGY, <br><br> Defendant. | Civil Action No. 1:14-cv-01950-NLH-JS <br><br> **CONSENT ORDER REMANDING MATTER FOR FURTHER PROCEEDINGS** |

**THIS MATTER** having come before the Court by joint application of both Plaintiff, American Water Operations and Maintenance, Inc. ("American Water"), and Defendant, Defense Logistics Agency Energy ("DLA"), for an order remanding this matter to DLA for further proceedings to supplement the administrative record, and good cause having been shown;

**WHEREAS,** American Water and DLA entered into Contract No. SP0600-14-C-8290 (the "Contract"), and that the Contract contains line-item pricing and other detailed financial and pricing information provided to DLA by American Water, and

**WHEREAS,** DLA received a Freedom of Information Act ("FOIA") request ("the FOIA Request"), seeking a copy of Contract No. SP0600-14-C-8290, and

**WHEREAS,** on February 10, 2014, DLA notified American Water of the FOIA Request, and

**WHEREAS,** on February 19, 2014, American Water replied to the DLA notice and objected to the release of certain pricing and associated information contained in the Contract (the "Contested Information," as described by American Water in its verified complaint at ¶ 2) and asserting that the Contested Information is protected from disclosure by Exemption 4 of the FOIA, 5 U.S.C. § 552(b)(4), as trade secrets or privileged and confidential commercial or financial information, and

**WHEREAS,** on March 20, 2014, DLA notified American Water of its determination that the Contested Information failed to qualify for withholding under Exemption 4 of the FOIA, 5 U.S.C. § 552(b)(4), and that, if American Water disagreed with DLA's determination, American Water had the right to file suit in federal court in accordance with the Administrative Procedure Act, 5 U.S.C. §§ 701 – 706, to challenge the release of the Contract in the form enclosed, which included the Contested Information, and

**WHEREAS,** on March 28, 2014, American Water filed this action to challenge the release of the Contested Information, and

**WHEREAS,** American Water has additional factual information that may be relevant to the determination of whether the Contested Information is protected from disclosure by Exemption 4 of the FOIA, 5 U.S.C. § 552(b)(4), as trade secrets or privileged and confidential commercial or financial information, and wishes to supplement the administrative record to make this information available to DLA, and

**WHEREAS,** DLA also wishes to supplement the administrative record regarding its position on whether the Contested Information is protected from disclosure by Exemption 4 of the FOIA, 5 U.S.C. § 552(b)(4), as trade secrets or privileged and confidential commercial or financial information, and

**WHEREAS,** DLA has agreed that, if this Court remands this matter to DLA for supplementation of the administrative record, DLA will consider the additional information from American Water regarding whether the Contested Information is protected from disclosure by Exemption 4 of the FOIA, 5 U.S.C. § 552(b)(4), as trade secrets or privileged and confidential commercial or financial information, and

**WHEREAS,** the parties agree that remanding this matter for supplementation of the administrative record will benefit both the parties and the Court because it may allow resolution of this matter without the Court's involvement and, to the extent a dispute still exists after remand, will allow the Court to consider this case on a more complete administrative record; now therefore

**IT IS ORDERED** that this matter is hereby remanded to DLA for further proceedings to supplement the administrative record; and

**IT IS FURTHER ORDERED** that any pending scheduling deadlines presently in this litigation are hereby stricken to permit adequate time to complete the administrative proceeding; and

**IT IS FURTHER ORDERED** that to the extent this dispute is not resolved on remand before DLA, the parties are permitted to revive this action, or file a new action, as appropriate in this Court.

Dated: December 30 2014

_____
Hon. Noel L. Hillman, U.S.D.J.

AMERICAN WATER OPERATIONS AND
MAINTENANCE, INC.

By its attorneys:

  s/Christopher A. Barbarisi
Christopher A. Barbarisi
K&L Gates LLP
One Newark Center, Tenth Floor
Newark, NJ 07102
Tel: (973) 848-4000
Fax: (973) 848-4001
Email: christopher.barbarisi@klgates.com

Richard A. Kirby (*pro hac vice*)
K&L Gates LLP
1601 K Street NW
Washington D.C. 20006-1600
Tel: (202) 661-3730
Fax: (202) 778-9100
Email: richard.kirby@klgates.com


DEFENSE LOGISTICS AGENCY ENERGY

By its Attorneys:

PAUL J. FISHMAN
United States Attorney

  s/Anne B. Taylor
By: Anne B. Taylor
Assistant United States Attorney
District of New Jersey
Camden Federal Bldg. & U.S. Courthouse
401 Market Street - 4th Floor
Camden, NJ 08101
Tel: (856) 757-5031
Email: anne.taylor@usdoj.gov